UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL C. CULLOM, JR., et al., | )<br>) Case No. C07-61-JCC |
| Plaintiffs, | ) |
| v. | )<br>) ORDER OF DISMISSAL |
| WILLIAM H. GATES, III, et al., | ) |
| Defendants. | ) |

The Court, having reviewed plaintiffs' proposed complaint and application to proceed *in forma pauperis* (IFP) in this 42 U.S.C. § 1983 civil rights action, together with all materials in support of and in opposition to those documents, the Report and Recommendation of United States Magistrate Judge James P. Donohue, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiffs' motion for leave to proceed IFP (Dkt. No. 4-3) is DENIED and their complaint (Dkt. No. 4-2) is DISMISSED without prejudice.

//
//
//
//
//
//

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 27th day of February, 2007.

John C. Coughenour
United States District Judge